158 A.3d 1225

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tariq D. JENKINS, Petitioner**

**No. 145 EAL 2016**

Supreme Court of Pennsylvania.

September 30, 2016.

## ORDER

PER CURIAM

**AND NOW,** this 30th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.